UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff,* | CASE NO.3:21-MJ-1061<br>JUDGE POPLIN |
| VS. | |
| NELSON REPLOGLE<br>*Defendant.* | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

This matter came before the undersigned for a initial appearance on a criminal complaint. Frank Dale, Jr., Assistant United States Attorney, was present representing the government, and moved for detention of the defendant. Federal Defender Benjamin Gerald Sharp appeared on behalf of the defendant. Counsel for the defendant requested a detention hearing in this matter. The Court set a **Detention Hearing** for **April 27, 2021 at 1:30 P.m.**, before **Debra C. Poplin**, **United States Magistrate Judge.**

It is therefore **ORDERED** that:

(1) Defendant be detained.;

(2) Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant be afforded reasonable opportunity for private

consultation with counsel; and

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

**IT IS SO ORDERED.**

     s/Debra C. Poplin
United States Magistrate Judge