# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:21-mj-1061  **Date:** April 27, 2021

United States of America  vs.  Nelson Paul Replogle

**Present before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Rachel Stone | Terri Grandchamp | Michelle Gensheimer |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Law Clerk** |

| Frank Dale, Jr. | Travis Worthington | Benjamin Sharp |
|---|---|---|
| **Asst. U.S. Atty** | **U.S. Probation Officer** | **Attorney(s) for Defendant(s)** |

**Proceedings:** Parties present for a ☐ preliminary hearing ☑ detention hearing. Hearing held.

- ☑ Defendant sworn.
- ☐ Parties agreed to conditions of release.
- ☑ Government requested detention of the defendant and arguments heard.
- ☑ Exhibits marked and admitted.
- ☑ Witnesses sworn and testimony heard.

**Court Findings:**

- ☐ Court found that there are conditions on which the defendant could be released pending further proceedings. Defendant agreed to conditions. Order Setting conditions of release to enter.
- ☐ Court found that there are no conditions on which the defendant can be released at this time and remanded the defendant to custody pending further proceedings.
- ☐ Court set an additional hearing and remanded the defendant to custody pending that hearing.
- ☑ Court took matter under advisement. Order to enter.

**Dates set at this hearing:**

☐ **Hearing to continue:**
☐ **Other Hearing:**

☑ Defendant remanded to custody.   ☐ Defendant released on Order Setting Conditions of Release.

**Time:** 9:55  to  10:20

⦿ I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_         _         _