STATE OF TENNESSEE

v.  NO. 3:21-MJ-1061

NELSON REPLOGLE

## MOTION TO SUBSTITUTE COUNSEL

Comes the Defendant, Nelson Replogle, by and through counsel, and respectfully moves this Honorable Court to enter an Order allowing Joseph Fanduzz to be substituted for Benjamin Sharp as counsel for Mr. Replogle. Counsel further requests that Benjamin Sharp be relieved as counsel of record.

Respectfully submitted this the 29th day of April, 2021.

\_\_s/Joseph Fanduzz_____
Joseph A. Fanduzz (BPR No. 026296)
800 South Gay Street, Suite 2250
Knoxville, TN 37929
(865) 386-1519

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2021, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.

s/Joseph A. Fanduzz_____
Joseph A. Fanduzz
