UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case No.  3:21-MJ-1061 |
| vs. | ) | **Judge Poplin** |
| | ) | |
| **NELSON PAUL REPLOGLE** | ) | |

## NOTICE OF APPEARANCE

The undersigned Assistant United States Attorney, Frank M. Dale, Jr., hereby makes his appearance as lead counsel in the above case on behalf of the United States of America. Assistant United States Attorney Casey T Arrowood. should be terminated as lead counsel and should no longer be notified of filings in the above-styled case.

Respectfully submitted, this the 30th day of April, 2021.

                                             FRANCIS M. HAMILTON, III
                                             ACTING UNITED STATES ATTORNEY

By:    *s/ Frank M. Dale, Jr.*
           Frank M. Dale, Jr.
           Assistant United States Attorney
           800 Market Street, Suite 211
           Knoxville, Tennessee   37902
           (865) 545-4167
           frank.dale@usdoj.gov
           D.C. Bar #454048