UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:21-MJ-1061-DCP |
| | ) | |
| NELSON P. REPLOGLE, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C.§ 636(b) for disposition or report and recommendation. Now before the Court is Defendant's Motion to Substitute Attorney [Doc. 8], filed by Attorney Joseph Fanduzz on April 29, 2021. On April 21, 2021, the undersigned appointed Assistant Federal Defender Benjamin Sharp and the Federal Defender Services of Eastern Tennessee ("FDSET") to represent Defendant. [Doc. 5]. Attorney Fanduzz states that he has been retained by Defendant and requests to be substituted as counsel of record.

The Court finds that Defendant has now retained Attorney Fanduzz. Accordingly, Defendant's Motion to Substitute Attorney [**Doc. 8**] is **GRANTED**, and Attorney Fanduzz is **SUBSTITUTED** as Defendant's counsel of record. Attorney Fanduzz is **DIRECTED** to contact the FDSET to arrange to obtain the discovery and information from Defendant's file.

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge